IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  JOSHUA ANDREW POPPY & TAHNEE MARIE POPPY    ) Chapter 13
fka TAHNEE MARIE RIZZO fka TAHNEE MARIE SPATAFORE   )
                                                    )
                                                    )
                                       - Creditor  ) No. 14-34914
M&T Bank                                            )
                                                    )
                    v.                              ) Judge
                                                    ) Donald R. Cassling
JOSHUA ANDREW POPPY & TAHNEE MARIE POPPY- Debtor    )
fka TAHNEE MARIE RIZZO fka TAHNEE MARIE SPATAFORE   )
```

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON November 7, 2014 at 09:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on October 28, 2014, with proper postage prepaid.

                                        PIERCE & ASSOCIATES, P.C.

                                        /s/Dana N. O'Brien

```
**THIS DOCUMENT IS AN ATTEMPT          ARDC#6256415
TO COLLECT A DEBT AND ANY              1 North Dearborn, Suite 1300
INFORMATION OBTAINED WILL BE           Chicago, Illinois 60602
USED FOR THAT PURPOSE**                312-346-9088
```

14-2751

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Glenn B.  Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice through ECF**

To Debtor:
JOSHUA ANDREW POPPY & TAHNEE MARIE POPPY
2327 Ogden Avenue, #3
Downers Grove, IL 60515
**by U.S. Mail**


5617 S 15th Place
Milwaukee, WI 53221
**by U.S. Mail**



To Attorney:
Nathan C. Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd
Oak Brook, IL 60523
**by Electronic Notice through ECF**



PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA14-2751

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: JOSHUA ANDREW POPPY &              )
       TAHNEE MARIE POPPY fka TAHNEE      )
MARIE RIZZO fka TAHNEE MARIE SPATAFORE,   )
                                          )
M&T Bank,                                 )
              Creditor,                   )   CASE NO. 14-34914
     vs.                                  )   JUDGE Donald R. Cassling
                                          )
JOSHUA ANDREW POPPY & TAHNEE MARIE POPPY  )
fka TAHNEE MARIE RIZZO fka                )
TAHNEE MARIE SPATAFORE,                   )
              Debtor(s)                   )
```

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES M&T Bank, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 2327 Ogden Avenue, #3, Downers Grove, IL 60515, be Modified, stating as follows:

1. The instant bankruptcy was filed on September 25, 2014 and is not confirmed.

2. M&T Bank services the first mortgage lien on the property located at 2327 Ogden Avenue, #3, Downers Grove, IL 60515.

3. The debtor's plan provides for surrender of the subject property.

4. The debtor does not provide for a cure of pre-petition default through the plan nor does the debtor propose to maintain the post petition mortgage payments.

5. The subject property's address is different from the debtor's mailing address.  M&T Bank asserts that the subject property is not the debtor's homestead residence.

6. M&T Bank continues to be injured each day it remains bound by the Automatic Stay.

7. M&T Bank is not adequately protected.

8. Said property is not necessary for the debtor's reorganization.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 2327 Ogden Avenue, #3, Downers Grove, IL 60515, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to M&T Bank to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

M&T Bank

/s/Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
One North Dearborn
Suite #1300
Chicago, Illinois 60602
(312)346-9088